IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMOJI COMPANY GmbH, | ) |
| Plaintiff, | ) Case No. 20-cv-6303 ) ) Judge John F. Kness |
| v. | ) ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) ) |
| Defendants. | ) |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on March 31, 2021 [Dkt. No. 94] in favor of Plaintiff EMOJI COMPANY GmbH ("Plaintiff") and against the Defendants identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Doe No.** | **Seller Name** |
|---|---|
| 82 | Broderick Wilson |

Therefore, full and complete satisfaction of said judgment as to above-identified Defendant is hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

Dated: May 12, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Michael A. Hierl*
　　　　　　　　　　　　　　　　　　　Michael A. Hierl (Bar No. 3128021)
　　　　　　　　　　　　　　　　　　　William B. Kalbac (Bar No. 6301771)
　　　　　　　　　　　　　　　　　　　70 W. Madison Street, Suite#4000
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　Telephone: (312) 580-0100
　　　　　　　　　　　　　　　　　　　Facsimile: (312) 580-1994
　　　　　　　　　　　　　　　　　　　Email: mhierl@hsplegal.com
　　　　　　　　　　　　　　　　　　　Email: wkalbac@hsplegal.com

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　EMOJI COMPANY GmbH

## CERTIFICATE OF SERVICE

     The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on May 12, 2021.

                                                s/Michael A. Hierl